MARTHA BRADIE v. HERBERT DAVIS, Impleaded, etc.— Motion denied with leave to renew if plaintiff's motion for examination of defendant, appellant, for the purpose of framing a complaint be granted, in the event of a renewal thereof upon proper papers. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of NATHANIEL BECKER against GEORGE J. RYAN, President, and Others, Commissioners, etc.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANK D. DUFFIELD v. FRANKLIN LUMBER COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Sherman, JJ.

OTTO G. INNES v. HERMAN G. E. BORCHERT.— Motion granted so far as to extend the time of the appellant to serve and file the record on appeal and appellant's points to twenty days after determination of the pending motion at Special Term to vacate the judgment appealed from. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, etc., and Others v. BIRDCO REALTY CORPORATION and Others. In the Matter of an Application for Leave to Interplead the Receiver of Rents Appointed in the Above Action in the Action of PURITAN SANDWICH SHOPPE, INC., against FRANCIS D. HIGSON, Now Pending in the Municipal Court of the City of New York, in the Borough of Manhattan, for the Third District.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALFRED ROESCH and Others v. JOSEPH ROSENFELD and Another.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLOTTE LICHTMAN v. MICHAEL LICHTMAN.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MANUFACTURERS TRUST COMPANY v. AMERICAN NATIONAL FIRE INSURANCE COMPANY and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK KRAUS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before June 15, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

L. P. REALTY CORPORATION v. BARNET GERMAIN.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CONTINENTAL LEATHER COMPANY v. R. P. HOUSTON & Co.—Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES LEFCOURT v. ZALUD-KAUFMAN Co., INC. CHARLES LEFCOURT v. ZALUD-KAUFMAN Co., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.